## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL W. OGREN,  Civil 09-2614 (JRT/JJG)

          Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

STEVEN SADOWSKI,

          Defendant.

---

Anne Greenwood Brown, **SJOBERG & TEBELIUS, PA,** 2145 Woodlane Drive, Suite 101, Woodbury, MN 55125, for plaintiff.

Neil Polstein, **POLSTEIN LAW OFFICE, P.C.**, 527 Marquette Avenue South, Suite 1800, Minneapolis, MN 55402, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated April 1, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

1. Mr. Ogren's motion for voluntary dismissal without prejudice [Docket No. 10] is **GRANTED.**

2. All remaining claims in this litigation are **DISMISSED WITHOUT PREJUDICE.**

3. Mr. Ogren shall promptly pay Mr. Sadowski attorney fees and costs in the amount of $6,540.42.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 29, 2010
at Minneapolis, Minnesota

                                                    ___ s/ John R. Tunheim_ ____
                                                       JOHN R. TUNHEIM
                                                  United States District Judge