✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

MICHAEL W. OGREN,

             Plaintiff,   **JUDGMENT IN A CIVIL CASE**

V.

             Case Number:  09-2614 (JRT/JJG)

STEVEN SADOWSKI,

             Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Mr. Ogren's motion for voluntary dismissal without prejudice Docket No. [10] is GRANTED.
2. All remaining claims in this litigation are DISMISSED WITHOUT PREJUDICE.3. Mr. Ogren shall promptly pay Mr. Sadowski attorney fees and costs in the amount of $6,540.42.

| April 30, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/MMP |
| | (By)  MMP,  Deputy Clerk |

Form Modified:  09/16/04